IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRITANI POTTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 2:25-CV-02743-JAR-GEB |
| | ) |
| STATE OF KANSAS and | ) |
| DERENDA MITCHELL, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT MITCHELL'S MOTION TO DISMISS

Defendant Derenda Mitchell, by and through her attorneys, respectfully moves to dismiss Count IV of Plaintiff's Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) as set forth in the contemporaneously filed Memorandum in Support.

WHEREFORE, Defendant Derenda Mitchell respectfully requests this Court grant her Motion to Dismiss Count IV of the Complaint, and for such other relief as the Court deems just and proper.

Respectfully Submitted,

**FOULSTON SIEFKIN, LLP**

By: */s/ Anthony F. Rupp*
   Anthony F. Rupp, KS # 11590
   Sara E. O'Keefe, KS # 30850
   7500 College Boulevard, Suite 1400
   Overland Park, KS 66210
   T (913) 498-2100 | F (913) 498-2101
   trupp@foulston.com
   sokeefe@foulston.com

**ATTORNEYS FOR DEFENDANT DERENDA MITCHELL**

1

## **CERTIFICATE OF SERVICE**

I certify that on the 20th day of January, 2026, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-Filing system which will send notification of electronic filing to counsel for all parties of record.

*/s/ Anthony F. Rupp*
Anthony F. Rupp, KS # 11590
