**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **BRITANI POTTER** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2:25-cv-02743-JAR-GEB** |
| **v.** | ) | |
| | ) | |
| **STATE OF KANSAS, et al** | ) | |
| | ) | |
| **Defendants.** | ) | |

**REQUEST FOR PARTIAL DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(2), Plaintiff, by and through the undersigned counsel, requests the Court issue a partial dismissal without prejudice as to Defendant Derenda Mitchell. In support thereof, Plaintiff states:

1. Defendant Mitchell has filed a motion to dismiss for failure to state a claim (ECF 10).

2. As such, Plaintiff is unable to dismiss her status in the case without prejudice according to Fed. R. Civ. P. 41(a)(1)(A)(i).

3. Plaintiff's counsel has conferred with counsel for Defendant Mitchell, who indicated they will not consent to a voluntary dismissal without prejudice.

4. Plaintiff believes facts may be revealed during discovery which give rise to refiling charges against Defendant Mitchell, and as such requests a court-ordered dismissal without prejudice.

WHEREFORE, Plaintiff requests the Court grant a partial dismissal without prejudice as to Defendant Derenda Mitchell pursuant to Fed. R. Civ. P. 41(a)(2).

1

Respectfully submitted,

*/s/ Conner Mitchell*
Barry R. Grissom, KS #10866
Conner Mitchell, D. Kan. #79215
Jake Miller, KS #28337
Grissom Miller Law Firm, LLC
1600 Genessee Street, Ste. 460
Kansas City, MO 64102
T – 816-336-1213
F – 816-384-1623
barry@grissommiller.com
cam@grissommiller.com
jake@grissommiller.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the above and foregoing was filed on this 9th day of February, 2026, via the Court's CM/ECF eFiling system, providing notice and a copy of the same to all counsel of record.

*/s/ Conner Mitchell*

2