## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BRITANI POTTER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )     **Case No. 2:25-CV-02743-JAR-GEB** |
| | ) |
| **STATE OF KANSAS,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF SERVICE

Defendant, by and through undersigned counsel, notifies the Court that Defendant's First Request for Production of Documents and Defendant's First Interrogatories to Plaintiff were sent via electronic mail, in PDF and Word format, on the 13th day of April 2026, to Plaintiff's counsel at:

Barry R. Grissom
Conner Mitchell
Jake Miller
GRISSOM MILLER LAW FIRM, LLC
1600 Genessee Street, Ste. 460
Kansas City, MO 64102
barry@grissommiller.com
cam@grissommiller.com
jake@grissommiller.com

Respectfully submitted by,

**FOULSTON SIEFKIN LLP**

By: */s/ Sara E. O'Keefe*
    Anthony F. Rupp, KS Bar No. 11590
    Sara E. O'Keefe, KS Bar No. 30850
    7500 Defendant Boulevard, Suite 1400
    Overland Park, KS 66210
    T (913) 498-2100 | F (913) 498-2101
    trupp@foulston.com
    sokeefe@foulston.com

**ATTORNEYS FOR DEFENDANT**

1

2

## CERTIFICATE OF SERVICE

I certify that on the 13th day of April 2026, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-Filing system which will send notification of electronic filing to counsel for all parties of record.

*/s/ Sara E. O'Keefe*