**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **BRITANI POTTER** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )          **Case No. 2:25-CV-02743-JAR-GEB** |
| | ) |
| **STATE OF KANSAS** | ) |
| | ) |
| **Defendants.** | ) |

## WITHDRAWAL OF COUNSEL

COMES NOW, Conner Mitchell of Grissom Miller Law Firm LLC, and withdraws as counsel for Plaintiff Britani Potter. Attorneys of record Barry R. Grissom and Jake Miller will continue as counsel for Plaintiff in this matter, and no party will suffer prejudice as a result of this withdrawal.  Plaintiff was notified of counsel's withdrawal via phone and electronic mail.

Respectfully submitted,

*/s/ Conner Mitchell*
Barry R. Grissom, KS #10866
Conner Mitchell, D. Kan.
#79215 Jake Miller, KS #28337
Grissom Miller Law Firm, LLC
1600 Genessee Street, Ste. 460
Kansas City, MO 64102
T – 816-336-1213
F – 816-384-1623
barry@grissommiller.com
cam@grissommiller.com
jake@grissommiller.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the above and foregoing was filed on this 20th day of April 2026, via the Court's CM/ECF eFiling system, providing notice and a copy of the same to all counsel of record.

*/s/ Conner Mitchell*