## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **BRITANI POTTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 2:25-CV-02743-JAR-GEB** |
| | ) | |
| **STATE OF KANSAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE TO TAKE VIDEOTAPED DEPOSITION OF BRITANI POTTER

Please take notice that pursuant to Fed. R. Civ. P. 30(b)(1), the deposition outlined below will be taken upon oral examination by a certified shorthand reporter and videographer on behalf Defendant at the date, time, and place indicated:

WITNESS TO BE DEPOSED:          Britani Potter

DATE & TIME OF DEPOSITION:     June 19, 2026, beginning at 9:30 a.m.

PLACE OF DEPOSITION:            Foulston Siefkin, LLP
7500 College Boulevard, Suite 1400
Overland Park, Kansas 66210

COURT REPORTER / VIDEOGRAPHER:  Veritext Legal Solutions

This deposition will continue from day to day until completed and is to be taken for the purpose of discovery, for use at trial, and for such other purposes as is permitted under the Federal Rules of Civil Procedure.

1

Respectfully Submitted,

**FOULSTON SIEFKIN, LLP**

By: */s/ Anthony F. Rupp*
    Anthony F. Rupp, KS # 11590
    Sara E. O'Keefe, KS # 30850
    7500 College Boulevard, Suite 1400
    Overland Park, KS 66210
    T (913) 498-2100 | F (913) 498-2101
    trupp@foulston.com
    sokeefe@foulston.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on the 5th day of May 2026, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-Filing system which will send notification of electronic filing to counsel for all parties of record.

*/s/ Anthony F. Rupp*

2