**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| BRITANI POTTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:25-cv-02743-JAR-GEB |
| v. | ) | |
| | ) | |
| STATE OF KANSAS | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW, Conner Mitchell, and moves this Court for leave for attorneys Barry R. Grissom and Jake Miller to withdraw as counsel of record for Plaintiff Britani Potter. Plaintiff has retained Mr. Mitchell to re-enter his appearance in the above-captioned case.

Mr. Mitchell, with the Court's leave, hereby re-enters his appearance and substitution as counsel of record for Plaintiff.

Mr. Grissom and Mr. Miller's withdrawal can be accomplished without any material adverse effect on Defendant.

Respectfully submitted,

*/s/ Conner Mitchell*
Conner Mitchell, KS #30559
201 SE 1st Street
Lee's Summit, MO 64063
T – 816-525-4701
F – 816-347-0366
llf.cmitchell@gmail.com

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was filed with the Court via the

CM/ECF eFiling system, thereby providing notice and a copy of the same to all counsel of record.

*/s/ Conner Mitchell*

2