**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **BRITANI POTTER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **Case No. 2:25-CV-02743-JAR-GEB** |
| | ) |
| **STATE OF KANSAS,** | ) |
| | ) |
| **Defendant.** | ) |

## AMENDED NOTICE TO TAKE VIDEOTAPED DEPOSITION OF BRITANI POTTER

Please take notice that pursuant to Fed. R. Civ. P. 30(b)(1), the deposition outlined below

will be taken upon oral examination by a certified shorthand reporter and videographer on behalf

Defendant at the date, time, and place indicated:

WITNESS TO BE DEPOSED:          Britani Potter

DATE & TIME OF DEPOSITION:     June 16, 2026, beginning at 9:30 a.m.

PLACE OF DEPOSITION:          Foulston Siefkin, LLP
7500 College Boulevard, Suite 1400
Overland Park, Kansas 66210

COURT REPORTER / VIDEOGRAPHER:  Veritext Legal Solutions

This deposition will continue from day to day until completed and is to be taken for the

purpose of discovery, for use at trial, and for such other purposes as is permitted under the Federal

Rules of Civil Procedure.

1

Respectfully Submitted,

**FOULSTON SIEFKIN, LLP**

By: */s/ Anthony F. Rupp*
　　Anthony F. Rupp, KS # 11590
　　Sara E. O'Keefe, KS # 30850
　　7500 College Boulevard, Suite 1400
　　Overland Park, KS 66210
　　T (913) 498-2100 | F (913) 498-2101
　　trupp@foulston.com
　　sokeefe@foulston.com

**ATTORNEYS FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 11th day of May 2026, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-Filing system which will send notification of electronic filing to counsel for all parties of record.

*/s/ Anthony F. Rupp*

2