## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **BRITANI POTTER** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-CV-02743-JAR-GEB** |
| | ) | |
| **STATE OF KANSAS** | ) | |
| **DERENDA MITCHELL** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE WITHDRAWAL OF COUNSEL

COME NOW Barry Grissom and Jake Miller, of Grissom Miller Law Firm LLC and hereby

withdraws from representation of Plaintiff Britani Potter in the above-referenced matter. Conner

Mitchell will remain as counsel for Plaintiff, and no party will suffer any prejudice as a result of

this withdrawal.

Respectfully submitted,

**GRISSOM MILLER LAW FIRM, LLC**

*/s/ Barry R. Grissom*
Barry R. Grissom, KS #10866
Jacob Miller, KS #28337
Grissom Miller Law Firm, LLC
1600 Genessee Street, Ste. 460
Kansas City, MO 64102
T – 816-336-1213
F – 816-384-1623
barry@grissommiller.com
jake@grissommiller.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I certify that on this17th day of June 2026, the above and foregoing was electronically filed with the Clerk of the Court via the Court's CM/ecf e-filing system which served notice on all Parties in this case.

Respectfully,

*/s/ Barry R. Grissom*
*Attorney for Plaintiff*