## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **BRITANI POTTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 2:25-CV-02743-JAR-GEB** |
| | ) | |
| **STATE OF KANSAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF SERVICE

Defendant, by and through undersigned counsel, notifies the Court that Defendant's Supplemental Initial Disclosures along with documents bates labeled  DEF000254-DEF000256 were sent via electronic mail on the 20th day of July 2026, to Plaintiff's counsel at:

> Conner Mitchell
> cmitchell@gmail.com
> Attorney for Plaintiff

Respectfully submitted by,

**FOULSTON SIEFKIN LLP**

By: */s/ Sara E. O'Keefe*
    Anthony F. Rupp, KS Bar No. 11590
    Sara E. O'Keefe, KS Bar No. 30850
    7500 Defendant Boulevard, Suite 1400
    Overland Park, KS 66210
    T (913) 498-2100 | F (913) 498-2101
    trupp@foulston.com
    sokeefe@foulston.com

**ATTORNEYS FOR DEFENDANT**

1

## **CERTIFICATE OF SERVICE**

I certify that on the 23rd day of July 2026, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-Filing system which will send notification of electronic filing to counsel for all parties of record.

*/s/ Sara E. O'Keefe*