IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BRITANI POTTER,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF KANSAS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:25-cv-02743 |

**Defendant's Motion for Summary Judgment**

Defendant State of Kansas, pursuant to Federal Rule of Civil Procedure 56(a) and District of Kansas Local Rule 56.1, respectfully moves the court for summary judgment on all claims asserted by Plaintiff Britani Potter and entry of final judgment in favor of the State. The State is entitled to summary judgment because the uncontroverted evidence conclusively demonstrates that (i) the State is entitled to judgment as a matter of law, or (ii) Plaintiff cannot satisfy her burden of producing admissible evidence on the essential elements of her claim.

Pursuant to District of Kansas Local Rules 7.1 and 56.1(a), the City is filing a supporting memorandum contemporaneously with this Motion.

Respectfully submitted by,
**FOULSTON SIEFKIN LLP**
By: */s/ Sara E. O'Keefe*
Anthony F. Rupp, KS Bar No. 11590
Sara E. O'Keefe, KS Bar No. 30850
7500 Defendant Boulevard, Suite 1400
Overland Park, KS 66210
T (913) 498-2100 | F (913) 498-2101
trupp@foulston.com
sokeefe@foulston.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that on the 30th day of October 2026, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-Filing system which will send notification of electronic filing to counsel for all parties of record.

*/s/ Sara E. O'Keefe*