EXHIBIT 5

DA 281-2
Rev. 4-13

State of Kansas - Department of Administration
**OFFICE OF PERSONNEL SERVICES**

# Position Description

Read each heading carefully before proceeding. Make statements simple, brief, and complete. Be certain the form is signed. Send the original to the Office of Personnel Services.

CHECK ONE: ☐ NEW POSITION ☐ EXISTING POSITION

Agency Number

**Part 1 - Items 1 through 12 to be completed by department head or personnel office.**

| | | |
|---|---|---|
| 1. Agency Name<br>Kansas State Board of Healing Arts | 9. Position No. | 10. Budget Program Number |
| 2. Employee Name (leave blank if position vacant) | | 11. Present Class Title (if existing position) |
| 3. Division | | 12. Proposed Class Title<br>Attorney (Associate Disciplinary Counsel) |
| 4. Section<br>Disciplinary | For | 13. Allocation |
| 5. Unit | Use | 14. Effective Date |
| 6. Location (address where employee works)<br>City Topeka County Shawnee | By | 15. By / Approved |
| 7. (circle appropriate time)<br>x Full time Perm. Inter.<br>Part time Temp. % | Personnel | 16. Audit<br>Date: By:<br>Date: By: |
| 8. Regular hours of work: (circle appropriate time)<br>FROM: 8:00 AM To: 4:30 PM | Office | 17. Audit<br>Date: By:<br>Date: By: |

Position Number

**PART II - To be completed by department head, personnel office or supervisor of the position.**

18. If this is a request to reallocate a position, briefly describe the reorganization, reassignment of work, new function added by law or other factors which changed the duties and responsibilities of the position:

19. Who is the supervisor of this position? (person who assigns work, gives directions, answers questions and is directly in charge)?

| **Name** | **Title** | **Position Number** |
|---|---|---|
| Nancy Dodik | Disciplinary Counsel | K0104724 |

Who evaluates the work of an incumbent in this position?

| **Name** | **Title** | **Position Number** |
|---|---|---|
| Nancy Dodik | Disciplinary Counsel | K0104724 |

20. a) How much latitude is allowed employee in completing the work? b) What kinds of instructions, methods and guidelines are given to the employee in this position to help do the work? c) State how and in what detail assignments are made.

This is a highly responsible legal and administrative position as Associate Disciplinary Counsel of the Board of Healing Arts. The employee will use a great deal of independent judgment in managing the activities necessary to implement the Disciplinary Department's objectives. Work involves the receipt and handling of many complaints and investigations; knowledge of administrative, state, and federal laws and regulations; legal review of complaints and investigations; opening complaints and assigning investigations as appropriate; requesting necessary evidence and assisting prosecuting attorneys at administrative hearings.

21. Describe the work of this position using the page or one additional page only. (Use the following format for describing job duties):

**What** is the action being done (use an action verb); to **whom** or **what** is the action directed (object of action); **why** is the action being done (be brief); **how** is the action being done (be brief). For each task state: Who reviews it? How often? What is it reviewed for?

**Number Each Task and Indicate Percent of Time and Identity each function as essential or marginal by placing an E or M next to the % of time for each task.** Essential functions are the primary job duties for which the position was created and that an employee must be able to perform, with or without reasonable accommodation. A marginal function is a peripheral, incident of minimal part of the position.

Under limited supervision and direction of Disciplinary Counsel, the Assistant Disciplinary Counsels works to preserve the integrity of the Kansas Board of Healing Arts mission by screening, reviewing, and analyzing complaints regarding medical care and treatment and/or unprofessional conduct issues related to licensed practitioners of the Kansas Board of Healing Arts. Associate Disciplinary Counsel will be expected to handle a high volume of complaints, obtain additional information and evidence as needed from relevant sources to determine if allegations substantiate a violation of the applicable practice act; assign investigations to investigators; refer complaints to other agencies when appropriate; analyze large amounts of written material quickly and efficiently; conduct sound legal analysis using the various practice acts; become proficient in the Kansas Administrative Procedures Act; legal research and writing skills that allows Disciplinary Counsel and Deputy Disciplinary Counsel to enforce subpoenas; maintain accurate and updated notes in the database (MLO); in coordination with the educational outreach program, prepares and provides presentations regarding the Disciplinary Department to provide educational information to Board stakeholders.

| No. Each Task and Indicate Percent of Time | E or M | |
|---|---|---|
| 55% | E | • Assists Disciplinary Counsel and Deputy Disciplinary Counsel with meeting required timeframes for reviewing and analyzing a high volume of complaints regarding medical care and treatment and/or unprofessional conduct issues. This includes legal review and analysis of medical malpractice petitions, patient complaints, referrals from other agencies, information from healthcare providers, data bank reports, adverse findings reports, application renewals, and others as assigned. Receives, analyzes and summarizes information regarding incoming complaints and adverse licensee/registrant information using independent judgment to determine whether or not allegations violate a practice act. This includes the responsibility of processing and summarizes complaints in detail to include reviewing the licensee's historical complaints/investigations to determine if a complaint warrants an investigation or if a complaint can be closed without further investigation; gathering additional facts/information from complainants and/or licensees when necessary; ensuring accuracy of complaints and investigations data entered into the database; supporting intra and inter-department complaints and investigations tracking functions and data collection; speaking with complainants and licensees about complaints / investigations and Board processes; and presenting information to the Disciplinary Counsel. |
| 20% | E | • Prepares legal documents as directed by Disciplinary Counsel. Conducts legal research, interprets and applies laws, court decisions and other legal authority in preparation of legal documents under attorney supervision. Assists with preparation of disciplinary investigations and presentations to review committees / councils as needed. |
| 10% | E | • Prepares presentations regarding the Disciplinary Department and coordinates closely with the Department's educational outreach program to provide training to Board stakeholders. |
| 10% | M | • Supports intradepartmental interaction with litigation, licensing, I.T. and administrative agency sections to facilitate efficient workflow and communication. |
| 5% | M | • Other duties as assigned. |

22. a. If work involves leadership, supervisory, or management responsibilities, check the statement which best describes the position:
    ( ) Lead worker assigns, trains, schedules, oversees, or reviews work of others.
    ( ) Plans, staffs, evaluates, and directs work of employees of a work unit.
    ( ) Delegates authority to carry out work of a unit to subordinate supervisors or managers.

    b. List the names, class titles, and position numbers of all persons who are supervised directly by employee on this position.

| **Name** | **Title** | **Position Number** |
|---|---|---|
| n/a | n/a | |

23. Which statement best describes the results of error in action or decision of this employee?
    ( ) Minimal property damage, minor injury, minor disruption of the flow of work.
    (X) Moderate loss of time, injury, damage or adverse impact on healthy and welfare of others.
    ( ) Major program failure, major property loss, or serious injury or incapacitation.
    ( ) Loss of life, disruption of operations of a major agency.

Please give examples:
Inappropriate action or inaction against the holder of a license, certificate or registration as a result of an untimely review or flawed legal analysis of a complaint, investigation, or inspection may result in an impaired or unskilled practitioner to practice or continue to practice the Healing Arts with significant adverse outcomes to the licensee or public.

24. For what purpose, with whom and how frequently are contacts made with the public, other employees or officials?
    Frequent daily contact is made in association with official complaints, investigations, and inspections to officials in local, state and federal governments, medical and allied health representatives, respondents, complainants, witnesses and co-employees in order to gather, analyze and assemble data in a manner resulting in the consistent dissemination of accurate information.

25. What hazards, risks or discomforts exist on the job or in the work environment?
    The often-high degree of complexity, time restraints and deadlines, legal opposition and media attention can weigh significantly on the incumbent's ability to cope with significant stress. May confront hostile persons.

26. List machines or equipment used regularly in the work of this position. Indicate the frequency with which they are used:

    Various Microsoft Office Products, Adobe Acrobat Professional, Transcription Equipment, Bate Stamping Equipment, MyLicense Office or other database, Computer, Fax, Copier, Telephone, Scanner

**PART III - To be completed by the department head or personnel office**

27. List the <u>minimum</u> amounts of education and experience which you believe to be necessary for an employee to begin employment in this position.

    Juris Doctorate

Education or Training – Graduation with a Juris Doctorate from an accredited school of law and admission to the practice of law in Kansas.

Licenses, certificates and registrations

Must possess a certificate of admission to the Board of the Supreme Court of Kansas. Current driver's license from the State of Kansas.

Special knowledge, skills and abilities

Knowledge of medical terminology, professional licensing, health law, administrative law or related field of practice.
Handle multiple areas of responsibility with minimum supervision, properly prioritizing tasks and duties as dictated by changing demands in a timely fashion.

Experience - length in years and kind

Graduation from an accredited school of law with one to three years of experience.

28. **SPECIAL QUALIFICATIONS**
State any additional qualifications for this position that are necessary either as a physical requirement of an incumbent on the job, a necessary special requirement, a bona fide occupational qualification (BFOQ) or other requirement that does not contradict the education and experience statement on the class specification. A special requirement must be listed here in order to obtain selective certification.

Considerable knowledge of state and federal laws, particularly the Healing Arts Act, judicial and administrative procedures. Knowledge of the sciences, technology, terminology and delivery of services related to the professional fields regulated by the Board. Knowledge of the process of complaints, investigations, inspections. Thorough knowledge of methods of legal and medical research. Ability to draft legal documents. Ability to organize facts and evidence in difficult and complex medical cases and to make initial determination as to whether complaints/allegations have any merit. Ability to study and become familiar with particular medical diseases as required by special case or hearing. Knowledge of computers with associated word processing and database software, Internet research tools and other electronic office and task and management tools. The ability to effectively communicate orally and in writing.

Signature of Employee Date

Signature of Personnel Official Date

**Approved:**

Signature of Supervisor Date

Signature of Agency Head or Appointing Authority Date