EXHIBIT 6

DA 281-2 (Rev. 10-12) State of Kansas – Department of Administration
**DIVISION OF PERSONNEL SERVICES**



# Position Description

Read each heading carefully before proceeding. Make statements simple, brief and complete. Be certain the form is signed. Send the original to the Division of Personnel Services.

**CHECK ONE:** ☐ NEW POSITION ☐ EXISTING POSITION

Agency Number:

Position Number:

## PART I – Items 1 through 12 to be completed by department head or personnel office.

1. Agency Name: Kansas State Board of Healing Arts
2. Employee Name (leave blank if position vacant):
3. Division: Litigation
4. Section:
5. Unit:
6. Location (where employee works) City: Topeka County: Shawnee
7. Check appropriate time: ☐ Full time ☐ Permanent ☐ Intermittent ☐ Part time ☐ Temporary ☐ Percent: ______
8. Regular hours of work FROM: 8 ☐ AM ☐ PM TO: 4:30 ☐ AM ☐ PM

9. Position Number: K0219948
10. Budget Program Number:
11. Present Class Title (if existing position): Associate Litigation Counsel
12. Proposed Class Title:

**For Use By Personnel Office**

13. Allocation
14. Effective Date
15. By: Approved:
16. Audit Date: ______ By: ______ Date: ______ By: ______
17. Audit Date: ______ By: ______ Date: ______ By: ______

## PART II – To be completed by department head, personnel office or supervisor of the position.

18. If this is a request to reallocate a position, briefly describe the reorganization, reassignment of work, new function added by law or other factors which changed the duties and responsibilities of the position:

19. Who is the supervisor of this position (person who assigns work, gives directions, answers questions and is directly in charge)?

| Name | Title | Position Number |
|---|---|---|
| Matthew Gaus | Litigation Counsel | K0145880 |

Who evaluates the work of an incumbent in this position?

| Name | Title | Position Number |
|---|---|---|
| Matthew Gaus | Litigation Counsel | K0145880 |

20. a) How much latitude is allowed employee in completing the work? b) What kinds of instructions, methods and guidelines are given to the employee in this position to help do the work? c) State how and in what detail assignments are made:

Employee is expected to demonstrate considerable use of initiative, independent judgment, and strategic planning. Maintaining good working relationships with others within and outside the agency is imperative. Employee must be knowledgeable and use own discretion in developing, analyzing, interpreting and implementing statutes, rules and regulations, policies and procedures. Operational-based programs are discussed with the Executive Director. Projects are initiated based on knowledge of agency operations, and State Statutes and Rules and Regulations

21. Describe the work of this position **using this page or one additional page only**. Use the following format for describing job duties:

**What** is the action being done (use an action verb); to **whom** or **what** is the action directed (object of action); **why** is the action being done (be brief); **how** is the action being done (be brief). For each task state: Who reviews it? How often? What is it reviewed for?

**Number each task and indicate percent of time:**

| No. and % | Job Duties |
|---|---|

This is a highly responsible legal and administrative position as Associate Litigation Counsel for the Board of Healing Arts. Work involves handling of complaints and disciplinary cases for the Board. It involves the receipt of many medical complaints and the investigations, filings of actions for revocation, suspension or limitation of licenses when necessary. This work will involve consulting with agency investigations, requesting necessary evidence, handling depositions, acting as prosecuting attorney at administrative hearings.

Complaint Intake and Case Management
• Reviews and evaluates incoming complaints involving potential violations of the Kansas Healing Arts Act.
• Determines the appropriate course of action, including the need for investigation, additional information, or legal review.
• Prioritizes cases based on statutory timelines, potential public risk, and Board directives.Investigation Oversight
• Consults with agency investigators throughout all phases of case investigation.
• Provides legal guidance on investigative strategy, evidence collection, expert witness procurement, and preparation of investigative reports.
• Requests and analyzes medical records, professional standards, and other relevant evidence needed to support case development.Legal Action, Filings, and Case Preparation
• Prepares, drafts, and files legal documents including petitions, notices, motions, and proposed orders for disciplinary or remedial action.• Evaluates potential disciplinary outcomes, including revocation, suspension, limitation, censure, or other remedies.
• Instructs legal support staff in file maintenance, document processing, preparation of reports for review committees, and completion of all legal correspondence.Litigation and Hearing Responsibilities
• Serves as the prosecuting attorney in administrative hearings before the Board and its appointed presiding officers.
• Prepares witnesses, conducts depositions, and presents evidence and legal arguments during hearings.
• Negotiates settlements or consent agreements when appropriate and authorized.Board Support and Reporting
• Prepares and submits case summaries, legal updates, and recommendations to the Board and its disciplinary committees.
• Attends all Board meetings and participates in discussions regarding current cases and potential regulatory issues.
• Provides legal guidance to Board members while maintaining appropriate separation between investigative, prosecutorial, and adjudicative functions.

• Maintains accurate, timely, and comprehensive case files in accordance with agency policy and state requirements.
• Collaborates with internal teams to ensure efficient workflow, compliance, and timely resolution of cases.
• Contributes to the development of procedures, policies, or training materials as needed.
Other Duties as Assigned

22. a. If work involves leadership, supervisory or management responsibilities, check the statement which best describes the position:
- ☐ Lead worker assigns, trains, schedules, oversees or reviews work of others
- ☐ Plans, staffs, evaluates and directs work of employees of a work unit
- ☐ Delegates authority to carry out work of a unit to subordinate supervisors or managers

b. List the names, class titles and position numbers of all persons who are supervised directly by employee in this position:

| **Name** | **Class Title** | **Position Number** |
|---|---|---|

23. Which statement best describes the results of error in action or decision of this employee?
- ☐ Minimal property damage, minor injury or minor disruption of the flow of work
- ☒ Moderate loss of time, injury, damage or adverse impact on health and welfare of others
- ☐ Major program failure, major property loss, or serious injury or incapacitation
- ☐ Loss of life or disruption of operations of a major agency

Please give examples:

This individual has direct daily contact with the general public, health care professionals, professional associations, other agencies similar to the KSBHA outside of Kansas, members of the KSBHA Board, other agencies and departments in Kansas, investigators, and attorneys of the Board.

24. For what purpose, with whom and how frequently are contacts made with the public, other employees or officials?

To obtain, clarify, give or screen information from the public daily contact.

25. What hazards, risks or discomforts exist on the job or in the work environment?

Stress may occur during resolution of licensure issues. Some stress may occur with specific deadlines as required by various state and federal laws and Board Rules and Regulations.

26. List machines or equipment used regularly in the work of this position. Indicate the frequency with which they are used:

Daily use of computer/laptop/tablet, printer, fax, telephone, copier, scanner, and other routine office equipment.

## PART III – To be completed by the department head or personnel office.

27. List the minimum amounts of education and experience which you believe to be necessary for an employee to begin employment in this position:

**Education – general:**

**Education or training – special or professional:**

**Licenses, certificates and registrations:**

**Special knowledge, skills and abilities:**

- Considerable knowledge of state and federal laws, particularly the Healing Arts Act.
- Considerable knowledge of judicial and administrative procedures, including the Kansas Administrative Procedures Act and the Kansas Judicial Review Act.
- Thorough knowledge of methods of legal and medical research.
- Ability to study and become familiar with particular medical conditions and treatments for specific cases.
- Ability to organize facts and evidence in difficult and complex medical cases and to make initial determination as to the merits of each.

**Experience – length in years and kind:**

Graduation from an accredited school of law

28. **SPECIAL QUALIFICATIONS**
State any additional qualifications for this position that are necessary either as a physical requirement of an incumbent on the job, a necessary special requirement, a bona fide occupational qualification (BFOQ) or other requirement that does not contradict the education and experience statement on the class specification. A special requirement must be listed here in order to obtain selective certification.

| | | | |
|---|---|---|---|
| Signature of Employee | Date | Signature of Personnel Official | Date |
| Signature of Supervisor | Date | Signature of Agency Head or Appointing Authority | Date |