EXHIBIT
7

**From:** Britani Potter [KSBHA]
**Sent:** Wednesday, May 29, 2024 7:03 PM
**To:** Rikki Price [KSBHA]
**Cc:** Britani Potter [KSBHA]
**Subject:** Potter, Britani - Associate Disciplinary Counsel Duties and Responsibilities
**Attachments:** Potter, Britani Associate Disciplinary Counsel Duties and Responsibilities.docx

Hi Rikki,

Attached is the list of job duties and other responsibilities that we discussed. I broke it down into three (3) pages. The first page is the “standard” position specific tasks that align with the PD for the position. The second page is a list of “person specific” tasks that I have taken on and the third page is a high-level overview of some of the “special projects” that I have identified as being beneficial to the department and agency moving forward and therefore asked to run point on.

I believe you already have my CV highlighting my education and various employment and volunteer experience. If you do not, please let me know and I can get that to you as well.

Let me know if you have any questions or need anything further from me at this time.

Thank you for all your help!

Britani Potter, JD
Associate Disciplinary Counsel
Kansas State Board of Healing Arts
800 SW Jackson Lower Level – Suite A
Topeka, KS 66612
britani.potter@ks.gov
785-296-5613 (direct line)
Website: www.ksbha.org

# Job Duties & Other Responsibilities

*Position Specific*

- Review and Process Complaints
  - 143 Oct 22-Dec 22
  - 1360 Jan 23-Dec 23
  - 316 Jan 24-Apr 24 (on leave most of Feb 24)
- Investigations
  - Answer legal questions from investigators
  - Subpoena enforcement
  - Review for possible more information needed
  - Review for possible closure
- Cases and Review Committees/Councils
  - Review MEFs for
    - Possible closure
    - Upcoming RC mailout
    - Forward to GC
    - Forward to Litigation
  - Present to Review Committees/Councils
  - Edit and finalize minutes from RCs
  - Edit and finalize LOCs from RCs
- Attend and Participate in Meetings
  - Board Meetings
  - DP Meetings
  - Department Meetings
  - Policy Workgroup
  - Disciplinary Leadership Team Meetings
- Legal Research
- Document Drafting

**Job Duties & Other Responsibilities**

*Person Specific*

- Developed systems to track and monitor investigations
- Created and now update a spreadsheet and running list of all investigations in the disciplinary department that is sent out regularly (weekly to bi-weekly) to all department attorneys, the investigator supervisor, and the support staff supervisor so identified errors can be corrected and addressed with their teams
- Created and now update shared "Workflow Planning" calendar for attorneys to keep track of upcoming mailouts, meetings, & minute deadlines
- Identify investigators and specific investigations to send out reminder emails to those investigators with open investigations with an upcoming mailout
- Regularly analyze MLO data to
    - Monitor department trends and workflow,
    - Identify errors or potential concerns,
    - Answer questions,
    - Provide insight for workflow and business need forecasting
- Created and overseeing projects for support staff requesting additional tasks to work on
- Identified inefficiencies in existing processes and implemented solutions
    - Ex. Investigators now include "Conduct Only" on final report completed emails so those MEFs can be directly placed in a separate folder from SOC cases therefore allowing streamlined review and processing to move them onto the next stage in litigation
    - Ex. Restructured the folder system for complaints needing reviewed to more efficiently address pending complaints during the large backlog period.
- Developed "Standing Orders" for specific types of complaints that meet specific parameters that would allow for support staff to "auto" open or close them.
    - Note: there have been a few bumps with the initial implementation however Nancy and I are currently revising it so it can be correctly and appropriately implemented and monitored moving forward
- Implemented regularly scheduled "Attorney Roundtable" meetings for the department attorneys to discuss more complex or challenging complaints
- Analyzed historical data, created a presentation, and presented to the Board
- Updated department board reports that align with internal timeframes and that better represent the work product of the entire department while providing more meaningful information to board members (to be implemented in Aug 2024)

**Job Duties & Other Responsibilities**

*Special Projects (high level, not fully comprehensive)*

- On-going Data Projects
  - Identifying how we want to use the data and what types of questions we want to answer with the data
  - Cleaning up existing reports
  - Defining and clarifying when, how, and why to use certain drop down options
  - Cleaning up and focusing on more accuracy in existing and future data
- Developing Trainings
  - High level training materials for onboarding new staff
  - Subject matter specific training materials for certain topics such as:
    - Corporate Practice of Medicine/Unlawful Business Formation
    - Unlicensed Practice of Medicine
  - Systems and processes training materials
- Reviewing, evaluating, and documenting processes
  - Identifying inefficiencies
  - Evaluating potential changes to improve quality and efficiency to include standardization of processes, documents, etc. when appropriate to ensure consistency and continuity
  - Documenting processes in a central location and designate personnel responsible for ongoing maintenance and updates
- Quality Assurance/Oversight
  - Develop and implement a QA process for all aspects of the department