EXHIBIT
8

# AFFIDAVIT OF AUTHENTICITY

STATE OF KANSAS:

ss

COUNTY OF SHAWNEE:

I, Technical Trooper Alexandra Morris of lawful age, after first being duly sworn on oath, on information and belief states: Affiant is a Technical Trooper with the Kansas Highway Patrol and is assigned as a criminal investigator. I have personal knowledge of the facts stated herein.

1. On Friday, August 8, 2025, Technical Trooper Alexandra Morris was advised by Kansas Highway Patrol personnel assigned to Capitol Police duties that a pen shape recording device was found during an executive session at the Kansas Board of Healing Arts located at 800 SW Jackson St. Topeka, Kansas 66612. Technical Trooper Morris was advised that recording of any kind is unauthorized while executive sessions take place.

2. The recording(s) were captured using a black and silver pen shaped audio recording device. The pen shaped audio recording device has a USB-C adapter attached to it that is inside of the pen. To get to the USB-C adapter, you un-screw the bottom of the pen near where the writing portion of the pen would be. The USB-C on the pen was used to connect the pen to Technical Trooper Morris' Kansas Highway Patrol issued off-network Dell laptop to examine the contents on the device after a search warrant was obtained. When the pen recorder was plugged in, a light was activated on the pen recorder. To turn on the recording device, you push down the top lever on the pen as if you were going to write with it and needed ink. To shut off the pen recorder, you push the same lever, as if you were done writing and were closing the ink.





3. Technical Trooper Morris obtained a search warrant on August 14, 2025, for the contents on the pen shaped recording device through the Shawnee County District Court. I have reviewed the recording(s) submitted alongside this affidavit. They are a true, accurate, and correct representation of meetings and executive sessions that were taken place at the Kansas Board of Healing Arts on Friday, August 8, 2025.

4. The recording(s) have not been edited, altered, enhanced, or modified in any way since the recording device was seized as evidence on August 8, 2025 at approximately 1330 hours, during an executive session at the Kansas Board of Healing Arts by Trooper Tyler Hummel who was assigned security at the Kansas Board of Healing Arts on that day. The pen recorder was secured with Trooper Hummel at the Kansas Board of Healing Arts after he seized the device as evidence. Trooper Hummel then transferred the recording pen to Technical Trooper Morris for further investigation of the recording device.

I verify under penalty of perjury that the foregoing is true and correct.
Executed on this 10th day of July, 2026
Signature: ___________________________
Printed/Typed Name: Alexandra Morris
Kansas Highway Patrol.

**FURTHER AFFIANT SAYETH NAUGHT.**

___________________________________

Alexandra Morris, Technical Trooper
Kansas Highway Patrol
Date: 07/10/2026