EXHIBIT 9



In re: Britani Potter

# TRANSCRIPTION OF AUDIO RECORDING OF AUGUST, 2025, KANSAS BOARD OF HEALING ARTS MEETING AND SUBSEQUENTLY RECORDED EVENTS

Transcribed by:
Emily S. Bergren, RPR, CRR, KS CCR #1686, MO CCR #1353

VERITEXT LEGAL SOLUTIONS
10 South Broadway
Suite 1400
Saint Louis, Missouri 63102
1.314.241.6750
1.877.421.0099
calendar-midwest@veritext.com

Page 2

IT IS HEREBY STIPULATED AND AGREED by and between counsel for all parties that this transcription may be taken in shorthand by Emily S. Bergren, a Certified Stenographic Court Reporter within and for the States of Missouri and Kansas, and afterwards transcribed into typewriting.

* * * * *

(Recording V20250808-090938.WAV beginning at 08:29.)

MS. WATTENBARGER: I'd entertain a motion at this time to recess to executive session under KSA 75-4319b(1) and KSA 75-4319b(2) for the need to discuss personnel matters and discuss personnel matters with counsel and that the open meeting shall resume at 9:55.

DR. ESTEP: So moved.

DR. ABEBE: Second.

Ms. WATTENBARGER: Any discussion?

All in favor say "Aye."

(Collective "Aye.")

MS. GILE: The only people to remain in the room would be general counsel, executive director, and operations manager.

MS. MITCHELL: And staff, please take your computers and your phones with you. Don't leave them in the room. Thank you.

Page 3

KADY CURTIS: I've also been asked to tell the back table folks to hustle in and out. Can we get --

(Indiscernible discussion.)

MS. MOWEN: Does this need to go? Never mind. It's not an electronic device.

MS. GILE: What is it?

MS. MOWEN: It's a notebook.

MS. GILE: Like, a paper notebook?

MS. MOWEN: Yeah.

MS. GILE: Oh, yeah. That's fine.

MS. MITCHELL: As long as it's not electrical.

ZOOM VOICE: Recording stopped.

DR. ESTEP: These bags that are on the floor are okay?

MS. WATTENBARGER: Well, they were told to take all their electronics. I don't think we need to go through their bags, do you?

MS. GILE: No.

ATTORNEY-CLIENT PRIVILEGE

[redacted]

Page 4

ATTORNEY-CLIENT PRIVILEGE

[redacted]

Page 5

ATTORNEY-CLIENT PRIVILEGE

[redacted]

(Recording concluded.)

(Recording V20250808-9242.WAV beginning at 00:00.)

ATTORNEY-CLIENT PRIVILEGE

[redacted]

Page 6

ATTORNEY-CLIENT PRIVILEGE

[redacted]

Page 7

ATTORNEY-CLIENT PRIVILEGE

[redacted]

Page 8

ATTORNEY-CLIENT PRIVILEGE

[redacted]

Page 9

ATTORNEY-CLIENT PRIVILEGE

[redacted]

ATTORNEY-CLIENT PRIVILEGE

[redacted]



ATTORNEY-CLIENT PRIVILEGE

[redacted]



ATTORNEY-CLIENT PRIVILEGE

[redacted]



ATTORNEY-CLIENT PRIVILEGE

[redacted]

Page 14

ATTORNEY-CLIENT PRIVILEGE

[redacted]

Page 15

ATTORNEY-CLIENT PRIVILEGE

[redacted]

MS. WATTENBARGER: Motion carries. We're going to come back into open, and so we have a four-minute break, a three-minute. Yeah. Okay.

MS. GILE: And I think our first person is in the waiting room.

(Recording concluded.)

(Recording V20250808-094215.WAV beginning 00:00.)

(Indiscernible.)

Page 16

(03:26.)

ZOOM VOICE: Recording in progress.

MS. WATTENBARGER: Dr. Gould, Dr. Degrado, are you back with us yet?

(Indiscernible.)

MS. WATTENBARGER: Yes. Because we don't have any on this first one. All right. Very good. Then the -- I would entertain a motion to recess the open board meeting to conduct administrative hearings under Kansas Administrative Procedure Act.

(Moved.)

(Seconded.)

MS. WATTENBARGER: All in favor, say "Aye."

(Collective "Aye.")

(Indiscernible.)

DR. ANOWAR HOSSAIN: Yes, yes, I can hear you guys. Hello.

MS. WATTENBARGER: Hello. How are you? How are you Dr. Hossain?

DR. HOSSAIN: I'm good.

MS. WATTENBARGER: Doctor, we're going to call your case. If you'd give us one second.

(06:17).

(Footsteps.)

(Recording concluded.)

Page 17

(Recording V20250808-095704 beginning at 00:00)

HANA ALBRECHT: And then for you -- you been said you practiced psychiatry as well?

DR. HOSSIAN: Yes. (Indiscernible.)

HANA ALBRECHT: Okay. So -- so you don't have a psychiatry board certification?

DR. HOSSAIN: No, I don't.

HANA ALBRECHT: Okay.

(Transcription concluded of recording V20250808-095704 at 00:17.)

(Recording V20250808-131000.WAV beginning at 00:00.)

(Indiscernible.)

(12:46)

ZOOM VOICE: Recording in progress.

MS. WATTENBARGER: All right. We're in open board meeting now. I wanted to entertain a motion to go into executive session for the purpose of -- under executive session under KSA 75-4319(b)1 and 2 to make a discussion of personnel matters with counsel, and we do this for --

DR. ABEBE: Motion to go into executive session.

MS. WATTENBARGER: 15 minutes. Someone want to make that motion?

DR. ESTEP: So made.

MS. WATTENBARGER: All in favor say "Aye."

(Collective "Aye.")

MS. WATTENBARGER: Any opposed?

MS. GILE: Again, the only ones to remain in the room are general counsel --

ZOOM VOICE: Recording stopped.

MS. MITCHELL: Take your phones and your laptops, please. Thank you.

ATTORNEY-CLIENT PRIVILEGE

[redacted]

(Recording concluded.)

(Recording V20250808-131324.WAV beginning at 00:00.)

ATTORNEY-CLIENT PRIVILEGE

[redacted]

ATTORNEY-CLIENT PRIVILEGE

[redacted]



(Recording concluded.)

(Recording V20250808-142546 beginning at 00:00.)

(Music playing.)

(Indiscernible.)

ATTORNEY-CLIENT PRIVILEGE

[redacted]



ATTORNEY-CLIENT PRIVILEGE

[redacted]

(Bell ringing.)

(12:25)

ZOOM VOICE: Recording in progress.

MR. GILE: The last thing that apparently I skipped over this morning on my report was just to give you all an opportunity if you have any questions or comments that you have in your packet information about our pending move to the seventh floor. So I

Page 22

just want to throw that out if there are any questions or comments about that. So as I said in my memo, three departments are moving up, three are staying down here. Board room will still be down here -- (Indiscernible.) -- October meeting might be able to do a little tour up there, but if there are no questions --

(Indiscernible.)

MS. WATTENBARGER: All right. I need a motion to go back into executive session pursuant to KSA 75-4319(b)1 and 2 for the purpose of attorney-client consultation for a period of -- how many minutes do we need?

MS. GILE: Ten. Ten minutes.

MS. WATTENBARGER: Okay.

(Moved.)

(Seconded.)

MS. WATTENBARGER: All in favor?

(Collective "Aye.")

MS. WATTENBARGER: Any opposed? Motion granted.

(Indiscernible.)

(14:30)

ZOOM VOICE: Recording stopped.

(Indiscernible.)

Page 23

(Recording concluded.)

(Recording V20250808-144036.WAV beginning at 00:00.)

(Indiscernible.)

RIKKI PRICE: Oh, I'm so sorry.

MS. GILE: You might have noticed that your pen was missing after session.

BRITANI POTTER: No.

MS. GILE: Well, it was confiscated, and until we know for sure what it is and what might be on it, you're being placed on administrative leave immediately, in-pay status, and we'll let you know after we know more about what -- what it is.

BRITANI POTTER: Okay.

MR. HENRICKS: To be clear, the officer ceased it. The officer ceased the recording pen.

THE WITNESS: Okay. I have a lot of pens.

(Simultaneous speech.)

MS. GILE: Okay. Your access has been shut down.

BRITANI POTTER: Okay.

MS. GILE: You can leave it here, and if it's turned back on, we can ship it to you, or depending on how things go, you can ship it back to us if that's necessary, whichever you prefer.

BRITANI POTTER: I'll keep it.

Page 24

MS. GILE: Okay. He's going to walk you out. Do you need to get anything else?

(Indiscernible.)

(Music playing.)

ZOOM VOICE: Recording in progress.

DR. DEGRADO: Did we recess or did we adjourn?

MS. WATTENBARGER: We moved into a recess, so --

(Indiscernible.)

MR. HENRICKS: She's cut off. We just walked her -- officer just walked her out. But she's on admin leave. She's not terminated.

(Indiscernible.)

(Music playing.)

MR. HENRICKS: Yes, please. Because she --

(Indiscernible.)

MR. HENRICKS: So I don't know where she's staying.

OFFICER HUMMEL: Okay.

MR. HENRICKS: But they can get her -- (Indiscernible.)

OFFICER HUMMEL: Okay.

(Recording concluded.)

(Recording V2025080-145525.WAV beginning at 09:05)

Page 25

ZOOM VOICE: Recording stopped.

(13:30)

(Indiscernible.)

RIKKI PRICE: I brought Dr. Albrecht her bottle.

Okay.

OFFICER HUMMEL: Can I get her name and date of birth?

RIKKI PRICE: Yep.

OFFICER HUMMEL: I'll meet with you and I'll get those to you.

MR. HENRICKS: All right.

RIKKI PRICE: What an interesting day, huh?

OFFICER HUMMEL: Yeah. You know, find out I was just thinking I was going to sit in meetings all day, and --

RIKKI PRICE: Something crazy went on.

OFFICER HUMMEL: I got a case number.

(Indiscernible.)

RIKKI PRICE: You need her date of birth?

OFFICER HUMMEL: Yes. And her name just so I can run her through, yeah.

RIKKI PRICE: Yeah. Britani Potter. So B-r-i -- hold on.

(Indiscernible.)

UNIDENTIFIED SPEAKER: Doing okay?
RIKKI PRICE: B-r-i-t-a-n-i. She spells it a little different.
OFFICER HUMMEL: B-r-i-t-n-a-y?
RIKKI PRICE: -t-a-n-i.
OFFICER HUMMEL: T -- (Indiscernible.)
RIKKI PRICE: Yeah. B-r-i-t-a-n-i and then Potter, P-o-t-t-e-r. And date of birth, CONFIDENTIAL (Indiscernible.)
OFFICER HUMMEL: And then she is from Arizona?
MS. PRICE: She, yeah, currently lives in Arizona. Do you want her address?
(Recording concluded.)
(Recording V0250808-151014.WAV beginning at 00:00.)
RIKKI PRICE: CONFIDENTIAL CONF
OFFICER HUMMEL: You don't have a social on her, do you?
RIKKI PRICE: I do.
OFFICER HUMMEL: (Indiscernible.)
RIKKI PRICE: CONFIDENTIAL
(Indiscernible.)
OFFICER HUMMEL CONFIDENTIAL
RIKKI PRICE: Yep.



OFFICER HUMMEL: I appreciate that.
RIKKI PRICE: Yeah, absolutely.
(Indiscernible.)
UNIDENTIFIED SPEAKER: Thanks for hanging out with us.
OFFICER HUMMEL: Yep. No problem.
(Indiscernible.)
UNIDENTIFIED SPEAKER: I'm going home.
(Indiscernible.)
MR. HENRICKS: Because we technically went into executive session.
UNIDENTIFIED SPEAKER: Yeah. Your attorney-client --
(Simultaneous speech.)
MS. MITCHELL: Do you want me to do it right now?
OFFICER HUMMEL: You can e-mail it to me.
MS. MITCHELL: Okay.
OFFICER HUMMEL: I can you give my e-mail, or I can give him my e-mail.
MS. MITCHELL. That would be great. I've got to get an e-mail over to the attorney general's office before the end of today.
MR. HENRICKS: Just tell me your e-mail.
(Indiscernible.)



MR. HENRICKS: All right. What's your name?
OFFICER HUMMEL: Tyler.
MR. HENRICKS: Should be be in the state bank.
OFFICER HUMMEL: Yep. Tyler dot Hummel. Should be Tyler dot Hummel --
MR. HENRICKS: Are you from Topeka?
OFFICER HUMMEL: I am not from Topeka, no. I am from the Chapman, Kansas, area.
MR. HENRICKS: Chapman?
OFFICER HUMMEL: Yeah.
MR. HENRICKS: When did you graduate from Chapman?
OFFICER HUMMEL: 2015.
UNIDENTIFIED SPEAKER: I'm going to head to the back if you need me. I have my phone.
MR. HENRICKS: I just sent you an e-mail so you've got it.
OFFICER HUMMEL: Okay.
MR. HENRICKS: We'll get the documents to you.
OFFICER HUMMEL: Yep. I appreciate it.
MR. HENRICKS: Thanks for everything today.



OFFICER HUMMEL: No problem. And I'll make sure -- Monday --
(Indiscernible.)
OFFICER HUMMEL: Need anything else from me?
MR. HENRICKS: No. Thanks again.
OFFICER HUMMEL: No problem. No problem.
(Indiscernible.)
OFFICER HUMMEL: 10-79 cab info.
(Indiscernible.)
OFFICER HUMMEL: Headquarters on cab info on load 27 (phonetic.)
Last, Potter, Paul Ocean Todd Todd Edward Robert. First name, Britani, Boy Robert Ida Tom Adam Nora Ida. Date of birth is going to be CONFIDENTIAL and then I have a social of CONFIDENT And that will be the suspect that had the recording device.
And also that will be all the names that I -- (Indiscernible) -- headed back to the capital.
(Indiscernible.)
OFFICER HUMMEL: Put it in the cab {phonetic) and see what you have so far.
Who the fuck are all these fucking people?
(Recording concluded.)

CERTIFICATE OF REPORTER

I, Emily S. Bergren, a Certified Court Reporter within and for the States of Kansas and Missouri, do hereby certify that the foregoing transcription was prepared by me from an audio recording of events at which I was not present and was not a live transcription of the spoken proceedings or events; that the recording was transcribed by me to the best of my ability and thereafter reduced to typewriting under my direction; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this record was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

Emily S. Bergren, RPR, CRR
KS CCR #1686, MO CCR #1353

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]